■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD QUINNONES, Appellant.—Appeal by the defendant from a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered July 11, 1991, convicting him of burglary in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Kazepis,* 101 AD2d 816). Bracken, J. P., Lawrence, Miller, Copertino and Santucci, JJ., concur.